UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA :
: CASE NO. 1:15-CR-114
:
vs. :
: Hon. Timothy S. Black
:
OSCAR TORBERT, III, et al. :

**ORDER OF DISMISSAL**

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that pursuant to the Government's Motion to Dismiss Indictment, and in accordance with Fed. R. Crim. P. 48(a), the criminal Indictment filed on November 4, 2015 in the above-captioned case is hereby **DISMISSED.**

Dated this 31st day of OCTOBER, 2016.

_____
HONORABLE TIMOTHY S. BLACK
United States District Court Judge